IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JESSICA MCGARRY                                                                 PLAINTIFF

v.                                              CIVIL NO. 14-3031

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion, we find that the Plaintiff's Motion to Dismiss should be granted. The clerk is hereby directed to dismiss Plaintiff's complaint with prejudice.

Dated this the 22nd day of October 2014.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE